| DATE: | 12/16/2021 |
|---|---|
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | Jane Amerson |
| RPTR/ECRO: | Digital Recording |
| USPO: | T. Routh |
| INTERPRETER: | N/A |
| BEGIN/END: | 2:41 - 2:55 |
| TOTAL TIME: | 4 minutes |

CASE NUMBER 4:21-CR-00285-ALM

USA v. <u>Mohammad Abedalhaq (12)</u>

<u>Sean Taylor</u>
AUSA

<u>Phillip Linder</u>
Defense Attorney

FILED
DEC 16 2021
Clerk, U.S. District Court
Eastern District of Texas

4:20cr382 / 4:21cr318

☒ INITIAL APPEARANCE FIRST SUPERSEDING INDICTMENT
☒ ARRAIGNMENT
☐ DETENTION HEARING ☐ PRELIMINARY HEARING ☐ STATUS CONFERENCE

☐ Hearing Held ☐ Hearing Called ☒ Defendant Sworn ☐ Interpreter Required

☒ Date of arrest: _____ (Other district court & case #)

☒ Defendant ☒ advised of charges ☒ advised of maximum penalties ☒ waived reading of indictment

☒ Defendant first appearance with counsel Attorney: <u>Phillip Linder</u> ☒ Retained
☐ Defendant advises the Court that they ☐ have counsel who is _____ or, ☐ will hire counsel.
☐ Financial affidavit executed by dft.
☐ Defendant requests appointed counsel, is sworn and examined re: financial status.
☐ The court finds the defendant is ☐ able to employ counsel ☐ unable to employ counsel.
☐ _____ CJA appointed
☐ _____ FPD appointed

☒ USA ORAL motion for detention
☒ USA ORAL motion to continue ☒ Oral Order granting continuance ☐ Oral Order denying continuance
☐ Defendant ORAL motion to continue detention hearing
☐ Oral Order granting continuance ☐ Oral Order denying continuance
☐ Detention hearing set <u>Monday 12/20 @ 10:00</u> (related cmplt)
☐ Arraignment set _____

☐ Detention Hearing waived.
☐ Defendant detained based on signed Waiver.
☐ Preliminary Hearing waived.
☐ Court found Probable Cause based on signed Waiver.
☐ Defendant signed <u>Waiver of Rule 5 and 5.1</u> hearings: ☐ waives identity hearing; ☐ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting district.
☐ Defendant signed <u>Waiver of Rule32.1</u> hearing: ☐ waives identity hearing; ☐ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting district.
☒ Defendant remanded to custody of U.S. Marshal ☐ Defendant ordered removed to Originating District
☐ Order setting conditions of release ☐ PR Bond executed
☐ Defendant failed to appear ☐ oral order for arrest warrant ☐ bond forfeited
☒ See reverse/attached for additional proceedings

## ARRAIGNMENT

☐ Arraignment held.   ☐ Arraignment called.

lss

Defendant enters a plea of: ☒ not guilty  ☐ guilty  ☐ nolo
to counts: ☐ 1  ☐ 2  ☐ 3  ☒ 4  ☒ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12 _____
☐ all counts

☒ Pretrial Order and Scheduling Order -Discovery and Inspection to be entered.

☒ **PRETRIAL CONFERENCE SET**
**Friday, February 4, 2022:** at 10:00 am before **Judge Amos L. Mazzant, III in Sherman, Texas.**

## DETENTION

☐ Government witnesses:

☐ Defendant witnesses:

**PROCEEDINGS:**

Court ordered Defendant ☐ DETAINED  ☐ RELEASED

☐ Conditions of Release entered

☒ Defendant remanded to USM.