UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION




DEC 16 2021

Clerk, U.S. District Court
Eastern District of Texas

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CASE NUMBER 4:21-CR-00285-ALM |
| | § | |
| MOHAMMAD ABEDALHAQ (12) | § | |

## ORDER SCHEDULING A DETENTION HEARING

A hearing in this case is scheduled as follows:

| Before:<br><br>U.S. Magistrate Judge Kimberly C. Priest Johnson<br>United States Federal Courthouse<br>7940 Preston Road<br>Plano, TX 75024 | Courtroom Number: 108 |
| --- | --- |
| | Date: Monday December 20, 2021 |
| | Time: 10:00am |

**IT IS ORDERED**: Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: December 16, 2021

_____
UNITED STATES MAGISTRATE JUDGE